UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RADIANSE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| TWIN CITY FIRE INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 and Local Rule 7.3, Plaintiffs Radianse, Inc. makes the following

corporate disclosures:  it has no parent company and no publicly held corporation owns 10

percent or more of its stock.

Respectfully submitted,
RADIANSE, INC.
By its attorney


_____/s/_ Jack R. Pirozzolo_____
Jack R. Pirozzolo (BBO No. 400400)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617 832 1000
Facsimile:  617 832 7000

Dated: January 27, 2009