## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

RADIANSE, INC.,

V.

**SUMMONS IN A CIVIL CASE**

TWIN CITY FIRE INSURANCE COMPANY,

CASE NUMBER: 1:10-CV-10120-RGS

TO:(Name and address of Defendant)

```
Twin City Fire Insurance Company
c/o Corporation Service Company
251 E. Ohio Street, Suite 500
Indianapolis, IN  46304
```

**YOU ARE HEREBY SUMMONED** and required to serve on

```
Jack R. Pirozzolo
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
```
an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ – Mary Cummings
(By) DEPUTY CLERK



ISSUED ON 2010-01-27 11:27:25.0, Clerk
USDC DMA

Case 1:10-cv-10120-RGS   Document 3   Filed 01/27/2010   Page 2 of 2

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | 01/27/10 |
| NAME OF SERVER (PRINT) Catherine C. Deneke | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent summons and complaint via certified mail on 1/27/10. Received by agent on 2/1/10.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   03/01/10
                    Date

*Signature of Server*
Foley Hoag LLP
155 Seaport Blvd, Boston, MA 02210
*Address of Server*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  Chris Sailore    B. Date of Delivery<br><br>C. Signature<br>X *[signature]*  ☑ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Corporation Service Company<br>251 E. Ohio St., Ste. 500<br>Indianapolis, IN 46204 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>*[CIRCLE CITY STATION postmark FEB -1 2010]*<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  46204<br><br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)*   6548 | |

PS Form 3811, July 1999         Domestic Return Receipt         102595-99-M-1789

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Foley Hoag LLP
Seaport World Trade Ctr. West
155 Seaport Blvd.
Boston, MA — 02210-2600
Attn: Catherine Deneke

