UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RADIANSE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 10-10120-RGS |

## ENTRY OF APPEARANCE

In connection with the above captioned action, please enter my appearance as counsel for Twin City Fire Insurance Company:

        Jonathan Toren (B.B.O. No. 674779)

        EDWARDS ANGELL PALMER & DODGE, LLP
        111 Huntington Avenue
        Boston, MA 02199
        Tel.:  (617) 239-0100
        Fax:  (617) 227-4420

        By its attorney

Dated:  March 15, 2010        /s/ Jonathan Toren
        Jonathan Toren (B.B.O. No. 674779)
        EDWARDS ANGELL PALMER & DODGE, LLP
        111 Huntington Avenue
        Boston, MA 02199
        Tel.:  (617) 239-0100
        Fax:  (617) 227-4420

## **CERTIFICATE OF SERVICE**

I certify that on March 15, 2010, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and thereby served on all counsel of record.

                                                                 /s/ Jonathan Toren
                                                                 Jonathan Toren (B.B.O. No. 674779)