UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RADIANSE, INC.,<br><br>Plaintiff,<br><br>   v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 10-10120-RGS |

## RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the undersigned counsel for Twin City Fire Insurance Company ("Twin City"), a private non-governmental party, certifies that the following are any corporate parents of said party, and any publicly held corporation owning ten percent (10%) or more of its stock:

One hundred per cent of the stock of Twin City is owned by ***Hartford Fire Insurance Company ("Hartford Fire"),*** a Connecticut corporation with a principal place of business in Hartford, Connecticut.  One hundred percent of the stock of Hartford Fire is owned by ***Hartford Financial Services Group, Inc.,*** a Delaware corporation with a principal place of business in Hartford, Connecticut.

Date: March 15, 2010            /s/ Craig E. Stewart
                                Craig E. Stewart (BBO# 480440)

**CERTIFICATE OF SERVICE**

  I, Jonathan Toren, hereby certify that a true and accurate copy of the foregoing document has been filed and served through the Court's electronic filing system this 15th day of March 2010.

            /s/ Jonathan Toren_____