UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RADIANSE, INC.<br>      Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO.  1:10-cv-10120-RGS<br>)<br>)<br>) |

**JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE**

Pursuant to Local Rule 16.1, the parties to the above-captioned action hereby submit this Joint Statement and Proposed Pretrial Schedule.  Counsel for the parties have conferred and agreed upon this Joint Statement.

**I. PROPOSED DISCOVERY AND MOTION PLANS AND SCHEDULES OF PRETRIAL EVENTS**

As this case concerns the interpretation of an insurance contract, the parties agree that the matter of liability raises issues of law that may be resolved without discovery.  As such, both parties' proposed schedules do not designate time for discovery.  The parties disagree, however, regarding the appropriateness of mediation in advance of dispositive motions.

    **A.    PROPOSED SCHEDULE OF PLAINTIFF RADIANSE, INC.**

| **Event** | **Completion or Filing Date** |
|---|---|
| Summary Judgment and Other Dispositive Motions Filed and Served | August 1, 2010 |
| Opposition Briefing and Replies | In Accordance with Rules |

### B. PROPOSED SCHEDULE OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY

| Event | Completion or Filing Date |
|---|---|
| Selection of Mediator | May 14, 2010 |
| Mediation | June 11, 2010 |
| Summary Judgment and Other Dispositive Motions Filed and Served | August 1, 2010 |
| Opposition Briefing and Replies | In Accordance with Rules |

The parties agree that following summary judgment, the court should schedule discovery on such issues as may remain.

## II. AGENDA OF ITEMS TO BE DISCUSSED AT CONFERENCE

There are no additional issues the parties seek to discuss at the scheduling conference.

## III. CERTIFICATIONS OF PARTIES AND COUNSEL PURSUANT TO LOCAL RULE 16.1(D)(3)

The parties will file their respective certifications complying with Local Rule 16.1(D)(3).

## IV. MAGISTRATE JUDGE

The parties do not consent to trial by Magistrate Judge.

Dated: April 9, 2010

Respectfully submitted,

| | |
|---|---|
| RADIANSE, INC.<br>By its attorney,<br><br>/s/ Jack R. Pirozzolo<br>Jack R. Pirozzolo (BBO No. 400400)<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>Telephone: (617) 832-1000<br>Facsimile: (617) 832-7000 | TWIN CITY FIRE INSURANCE COMPANY<br>By its attorneys,<br><br>/s/ Jonathan Toren<br>Craig E. Stewart (BBO # 480440)<br>Jonathan Toren (BBO # 674779)<br>Edwards Angell Palmer & Dodge, LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>Tel.: (617) 239-0764<br>Fax: (617) 227-4420 |