UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RADIANSE, INC.<br>      Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE<br>COMPANY,<br>      Defendant. | CIVIL ACTION<br>NO. 1:10-cv-10120-RGS |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned certify that they have conferred: (1) to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution, particularly mediation.

Dated: April 9, 2010

Respectfully submitted,

Lee S. Siegel
Senior Counsel (Authorized Representative of
Twin City Fire Insurance Company)
55 Farmington Avenue, Suite 404
Hartford, CT 06105
(860) 520-2866

Craig L. Stewart (BBO # 480440)
Jonathan Toren (BBO # 674779)
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
Tel.: (617) 239-0764
Fax: (617) 227-4420