# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **RADIANSE, INC.**<br>       **Plaintiff,**<br><br>**v.**<br><br>**TWIN CITY FIRE INSURANCE COMPANY,**<br>       **Defendant.** | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO.  1:10-cv-10120-RGS<br>)<br>)<br>)<br>) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF RADIANSE, INC.

Counsel for Radianse, Inc. has been unable to obtain the authorization of a representative of Radianse, Inc. with regards to this certification.  Counsel will file this certification with the court next week, and as soon as possible.

Dated April 9, 2010

|  | By its attorney,<br><br>/s/ Jack R. Pirozzolo_____<br>Jack R. Pirozzolo (BBO No. 400400)<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>Telephone: (617) 832-1000<br>Facsimile: (617) 832-7000 |
|---|---|

B3740404.1