UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RADIANSE, INC.<br>        Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE<br>COMPANY,<br>        Defendant. | CIVIL ACTION<br>NO. 1:10-cv-10120-RGS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF RADIANSE, INC.

The undersigned counsel and authorized representative of Radianse, Inc. hereby certify that Radianse and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated April 13, 2010

RADIANSE, INC.

/s/ Paul Tessier
Paul Tessier
Director, Chief Technology Officer

By its attorney,

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo (BBO No. 400400)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

B3740404.1