## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **RADIANSE, INC.** )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>**TWIN CITY FIRE INSURANCE** )<br>**COMPANY,** )<br>　　　　Defendant. )<br> ) | CIVIL ACTION<br>NO.  1:10-cv-10120-RGS |

### NOTICE OF APPEARANCE

　　Please enter the appearance of Catherine C. Deneke of the law firm Foley Hoag LLP on behalf of Plaintiff Radianse, Inc. in the above action.

                                  Respectfully submitted,

                                  /s/ Catherine C. Deneke
                                Catherine C. Deneke, BBO # 673871
                                FOLEY HOAG LLP
                                155 Seaport Boulevard
                                Boston, MA 02110-2600
                                617-832-3025
                                E-mail: cdeneke@foleyhoag.com

Dated: April 15, 2010

- 2 -

## **CERTIFICATE OF SERVICE**

I, Catherine C. Deneke, hereby certify that a true copy of the above document, which was field via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 15, 2009.

/s/ Catherine C. Deneke
Catherine C. Deneke