UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RADIANSE, INC.<br>　　　　Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br>　　　　Defendant. | CIVIL ACTION<br>NO. 1:10-cv-10120-RGS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF RADIANSE, INC.

The undersigned counsel and authorized representative of Radianse, Inc. hereby certify that Radianse and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated April 13, 2010

| RADIANSE, INC. | By its attorney, |
|---|---|
| *[signature]*<br>Paul Tessier<br>Director, Chief Technology Officer | /s/ Jack R. Pirozzolo<br>Jack R. Pirozzolo (BBO No. 400400)<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>Telephone: (617) 832-1000<br>Facsimile: (617) 832-7000 |

B3740404.1

## **CERTIFICATE OF SERVICE**

I, Jack R. Pirozzolo, hereby certify that a true copy of the above document, which was field via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 20, 2009.

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo