# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RADIANSE, INC.** )<br>　　　　**Plaintiff,** )<br>　)<br>**v.** )<br>　)<br>**TWIN CITY FIRE INSURANCE** )<br>**COMPANY,** )<br>　　　　**Defendant.** )<br>　) | CIVIL ACTION<br>NO. 1:10-cv-10120-RGS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF RADIANSE, INC.

Counsel for Radianse, Inc. has been unable to obtain the authorization of a representative of Radianse, Inc. with regards to this certification. Counsel will file this certification with the court next week, and as soon as possible.

Dated April 9, 2010

| | |
|---|---|
|  | By its attorney,<br><br>/s/ Jack R. Pirozzolo<br>Jack R. Pirozzolo (BBO No. 400400)<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>Telephone: (617) 832-1000<br>Facsimile: (617) 832-7000 |

B3740404.1

## **CERTIFICATE OF SERVICE**

I, Jack R. Pirozzolo, hereby certify that a true copy of the above document, which was field via the Court's ECF system, was sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 9, 2009.

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo
