UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RADIANSE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 10-10120-RGS |
| TWIN CITY FIRE INSURANCE COMPANY | ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS

Plaintiff Radianse Inc. and Defendant Twin City Fire Insurance Co. hereby move for an order enlarging certain deadlines as set forth in the table below:

| **Deadline** | **Present Date** | **Proposed Date** |
|---|---|---|
| Summary Judgment and Other Dispositive Motion(s) Filed and Served | August 1, 2010 | August 12, 2010 |
| Oppositions to Said Motion(s) | August 20, 2010 | September 10, 2010 |
| Reply to Said Motion(s) | September 3, 2010 | September 24, 2010 |

In support of their motion, the parties state that they hope to continue the settlement discussions begun during the mediation between the parties conducted on July 15, 2010. A brief extension of the deadline for dispositive motions will enable the parties to concentrate their efforts on settlement negotiations and would be in the interest of preserving the parties' and judicial resources. The extension will also accommodate the parties' vacation plans.

- 2 -

For the foregoing reasons, the parties request that the Court grant this motion to extend the deadline for filing summary judgment and other dispositive motions to **August 12, 2010**, the deadline for filing oppositions to **September 10, 2010**, and the deadline for filing replies to **September 24, 2010**.

Dated: July 27, 2010

Respectfully submitted,

| | |
|---|---|
| RADIANSE, INC. | TWIN CITY FIRE INSURANCE COMPANY |
| By its attorneys | By its attorneys, |
| __/s/ Catherine C. Deneke_____ | _/s/ Craig E. Stewart_____ |
| Jack R. Pirozzolo (BBO No. 400400) | Craig E. Stewart (BBO # 480440) |
| Catherine C. Deneke (BBO No. 673871) | Jonathon Toren (BBO # 674779) |
| Foley Hoag LLP | Edwards Angell Palmer & Dodge, LLP |
| 155 Seaport Boulevard | 111 Huntington Avenue |
| Boston, MA 02210-2600 | Boston, MA 02199-7613 |
| Telephone:  617 832 1000 | Tel.: (617) 239-0764 |
| Facsimile:  617 832 7000 | Fax: (617) 227-4420 |

**Certificate of Service**

I, Catherine C. Deneke, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Catherine C. Deneke_____
Catherine C. Deneke