## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Radianse, Inc., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.1:10cv10120-RGS |
| | ) | |
| Twin City Fire Insurance Company, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## JUDGMENT

STEARNS, DJ.

In accordance with this Court's Memorandum and Order on Cross-Motions

for Summary Judgment entered on October 6, 2010, Radianse's motion for partial

summary judgment is DENIED.  Twin City's motion for summary judgment is

ALLOWED.  Judgment is entered in favor of Twin City.  Case closed.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

*/s/ Terri Seelye*

DATED: October 18, 2010                    Deputy Clerk